G. PETER VAN ZANDT, ESQ.
Attorney for Defendants, City of Ithaca and Andrew Novarro
53 Chenango Street, Suite 700
Binghamton, New York 13901
(607) 772-6326

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------

| | |
|---|---|
| JOSEPH AMORE, | **CIVIL ACTION NO. 04 CIV 0176** |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' MOTION PURSUANT TO RULE 12(b)(6) COMPLAINT** |
| v. | |
| CITY OF ITHACA and ANDREW NOVARRO, | |
| Defendants. | |

---------------------------------------------------

THIS MATTER, having come before the Court on motion of G. Peter Van Zandt, attorney for defendants City of Ithaca and Andrew Novarro (hereinafter referred to as "Defendants"), by way of Motion pursuant to Fed. R. Civ. P. 12(b)(6), seeking an Order to Dismiss the Complaint, and the Court having considered the submissions and arguments of the parties, and for good cause shown;

IT IS on this         day of                    , 2004;

ORDERED that Defendants' Motion to Dismiss the Complaint be, and the same hereby is, GRANTED, and

IT IS FURTHER ORDERED that a copy of this Order shall be served upon counsel for plaintiff within seven (7) days.

_____
Frederick J. Scullin, Jr., U.S.D.J.

Dated:                    , 2004