# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH AMORE, PLAINTIFF<br><br>ATTORNEYS FOR PLAINTIFF:<br>Richard M. Wallace, Northern Dist. No. 301275<br>Guttman & Wallace<br>411 North Tioga Street, Ithaca, New York 14850<br>Telephone 607-272-2102  Telecopy 607-272-2350<br><br>Law Office of Edward E. Kopko<br>Edward E. Kopko, Northern Dist. No. 510874<br>15 Nottingham Drive, Ithaca, New York 14850<br>Telephone 607-269-1300 Telecopy 607-269-1301<br>eek@kopkolaw.com<br>**V.**<br>CITY OF ITHACA and<br>ANDREW NAVARRO, DEFENDANTS | **JURY TRIAL DEMANDED**<br><br>**04-CV-0176** |

## AMORE'S MOTION FOR PARTIAL SUMMARY JUDGMENT
## ON THE ISSUE OF LIABILITY

The Plaintiff, Joseph Amore, by and through his attorneys, Edward E. Kopko and Richard Wallace, moves this Court for an order granting partial summary judgment on the issue of liability pursuant to Fed.R.Civ.P. 56 for the reasons and upon the authorities stated in the accompanying memorandum of law and appendix, all of which is incorporated herein.

| Law Office of Edward E. Kopko | Richard M. Wallace, Esq. |
|---|---|
| _____<br>Edward E. Kopko, Atty. for Plaintiff<br>15 Nottingham Drive, Ithaca, New York 14850<br>607-269-1300; 607-269-1301 (fax)<br>eek@kopkolaw.com<br>Bar Roll No. 510874<br>Wednesday, December 28, 2005 | _____<br>Guttman & Wallace, Atty. for Plaintiff<br>411 North Tioga Street<br>Ithaca, New York 14850<br>607-272-2102<br>Bar Roll No. 301275 |