# GOLDBERG SEGALLA LLP

*Attorneys at Law*

Jonathan M. Bernstein

Direct dial 518.935.4240
jbernstein@goldbergsegalla.com

8 Southwoods Boulevard, Suite 300
Albany, New York 12211-2364
518.463.5400 Fax 518.463.5420
www.goldbergsegalla.com

July 1, 2010

**VIA ECF/REG. MAIL**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
Second Circuit
Thurgood Marshall U.S. Court House
40 Foley Square
New York, New York 10007

      Re:     **Amore v. City of Ithaca**
               **Docket No.: 5:04-cv-176**
               **Our File No.: 12930.0029**

Dear Ms. O'Hagan Wolfe:

     Enclosed for filing, please find an original and two copies of the Verified Itemized Bill of Costs together with the supporting invoice for copies of Defendants-Appellee's Brief.

     Thank you for your usual courtesies and attention in this matter.

                             Very truly yours,

                             Jonathan M. Bernstein

JMB:cal
Enclosures
cc:    Wiggins, Kopko & Crane, LLP
       Edward E. Kopko, Esq.
       308 North Tioga Street
       Ithaca, NY 14850

       Gutman & Wallace
       Richard M. Wallace, Esq.
       411 North Tioga Street
       Ithaca, NY 14850

109395

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Dennis Jacobs**
**CHIEF JUDGE**

**Catherine O'Hagan Wolfe**
**CLERK OF THE COURT**

Date: 6/22/10
Docket Number: 08-3150-cv
Short Title: Amore v. City of Ithaca

DC Docket Number: 04-cv-176
DC: NDNY (SYRACUSE)
DC Judge: Honorable Frederick Scullin

## VERIFIED ITEMIZED BILL OF COSTS

Counsel for Defendants-Apellees City of Ithaca and Andrew Navarro, respectfully submits, pursuant to Rule 39(c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against Wiggins, Kopko & Crane, LLP and Gutman & Wallace, Intervenor-Appellant and in favor of Defendants-Appellees, City of Ithaca and Andrew Navarro, for insertion in the mandate.

| | |
|---|---|
| Docketing Fee | $455.00 |
| Costs of printing appendix (necessary copies) | $102.00 |
| Costs of printing brief (necessary copies 15) | $ 20.00 |
| Costs of printing reply brief (necessary copies) | |

The undersigned verifies under the penalties of perjury and Rule 11 of the FRCivP that the foregoing true and that the attached invoice is a true and accurate copy of the original.

Jonathan M. Bernstein, Esq.
GOLDBERG SEGALLA, LLP
*Attorneys for Defendants-Apellees*
8 Southwoods Boulevard, Suite 300
Albany, New York 12211-2364

Sworn to before me this
15th day of July, 2010.

Notary Public
109394

CAROL A. LIBERTUCCI
Notary Public, State of New York
No. 01LI5077728
Qualified in Greene County
Commission Expires 5/12/2011



**Appellate Innovations, LLC**
3 Barker Avenue
6th Floor
White Plains, NY 10601


RECEIVED JAN 29 2009 By___

# INVOICE

| Date | Invoice # |
|---|---|
| 1/25/2009 | 2493 |

**Tax I.D. #**
**200329529**

Bill To:
Goldberg Segalla LLP
Jonathan M. Bernstein, Esq.
8 Southwoods Boulevard
Suite 300
Albany, NY 12211

| Appellate Caption Information | Terms | Client/Matter # | Job # |
|---|---|---|---|
| Amore v. Ithica | Net 15 | 12930.0029 | 3610 |

| Quantity | Description of Services Rendered | Rate | Amount |
|---|---|---|---|
| 510 | Joint Appendix (30% Discount) | 2.91 | 1,484.10T |
| 3 | Typeset Joint Appendix Index | 100.00 | 300.00T |
| 2 | Multiple Volumes | 80.00 | 160.00T |
|  | 50 Page Appellant's Brief and Special Appendix (50% Discount) | 225.00 | 225.00T |
|  | Personal Filing in Manhattan | 75.00 | 75.00T |
| 2 | Service Handling | 50.00 | 100.00T |
| 2 | Postage | 6.39 | 12.78 |
|  | Electronic Filing of PDF Documents via E-mail w/Antivirus Certification | 75.00 | 75.00T |
|  | Federal Express 11/4 | 32.00 | 32.00T |
|  | CD-ROM of Joint Appendix as Required by Second Circuit | 50.00 | 50.00T |

| Telephone # | Facsimile # | Sales Tax (7.375%) | $184.46 |
|---|---|---|---|
| 914-948-2240 | 914-948-2411 | Total | $2,698.34 |
| Thank you for your business. | | Payments/Credits | $0.00 |
| Payment Due Date | 2/9/2009 | Balance Due | $2,698.34 |



**Appellate Innovations, LLC**
3 Barker Avenue
6th Floor
White Plains, NY 10601



Bill To:

Goldberg Segalla LLP
Jonathan M. Bernstein
8 Southwoods Boulevard
Suite 300
Albany, NY 12211

# INVOICE

12930.0029

| Date | Invoice # |
|---|---|
| 3/3/2009 | 2578 |

RECEIVED MAR 16 2009 By ____

Tax I.D. #
200329529

| Appellate Caption Information | Terms | Client/Matter # | Job # |
|---|---|---|---|
| Amore v. Ithaca | Net 30 | | 3872 |

| Quantity | Description of Services Rendered | Rate | Amount |
|---|---|---|---|
| | Reply Brief N/C | 0.00 | 0.00T |
| 1 | Personal Filing in Manhattan | 45.00 | 45.00T |
| 2 | Service Handling | 25.00 | 50.00T |
| 3 | Postage | 6.25 | 18.75 |
| 1 | Electronic Filing of PDF Documents via E-mail w/Antivirus Certification | 75.00 | 75.00T |

| Telephone # | Facsimile # | Sales Tax (8.75%) | $14.88 |
|---|---|---|---|
| 914-948-2240 | 914-948-2411 | Total | $203.63 |
| | Thank you for your business. | Payments/Credits | $0.00 |
| Payment Due Date | **4/2/2009** | Balance Due | **$203.63** |

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2010, I electronically filed the foregoing VERIFIED ITEMIZED BILL OF COSTS, with the Clerk of the Northern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

    Wiggins, Kopko & Crane, LLP
    Edward E. Kopko, Esq.
    308 North Tioga Street
    Ithaca, NY 14850

    Gutman & Wallace
    Richard M. Wallace, Esq.
    411 North Tioga Street
    Ithaca, NY 14850

And, I hereby certify that I have mailed the foregoing, by the United States Postal Service, to the following non-CM/ECF participants:

    N/A

                                      /s/ *Carol A. Libertucci*
                                      Carol A. Libertucci
                                      Goldberg Segalla LLP
                                      8 Southwoods Boulevard, Suite 300
                                      Albany, New York 12211
                                      518-463-5400

109405