UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH AMORE,

                            *Plaintiff,*

-against-

CITY OF ITHACA and
ANDREW NOVARRO,

                            *Defendants.*

**STIPULATION OF DISCONTINUANCE**

Case No.:
5:04-CV-176
(FJS/DEP)

---

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice against Defendants, City of Ithaca and Andrew Novarro, without costs to any party as against any other.

GOLDBERG SEGALLA, LLP

_____ 6-27-11
Jonathan M. Bernstein, Esq.
*Attorney for Defendants*
8 Southwoods Blvd., Ste. 300
Albany, NY 12211

_____
Hon. Frederick J. Scullin, Jr.
139325
8/11/11

EDWARD E. KOPKO, LAWYER, P.C.

_____
Edward E. Kopko, Esq.
*Attorney for Plaintiff*
308 North Tioga Street, Second Floor
Ithaca, NY 14850

Dated: 14 June 2011